# NIELSEN, HALEY & ABBOTT LLP

LAWYERS

MARY N. ABBOTT (RET.)
NICOLE G. AYAZ *
JENNIFER S. COHN
STEPHEN W. CUSICK
PETER C. HALEY
STUART E. JONES
DANIEL KATIBAH
TUNG KHUU
JAMES C. NIELSEN +
THOMAS H. NIENOW
MEGAN W. WENDELL
CHRISTINE YOUNG

 * Also admitted in Arizona
 + Also admitted in Nevada

100 SMITH RANCH ROAD
SUITE 350
SAN RAFAEL, CALIFORNIA 94903

FACSIMILE (415) 693-9674
(415) 693-0900

LOS ANGELES OFFICE

633 W. 5TH STREET
SUITE 2800
LOS ANGELES, CA 90071

FAX (213) 239-9007
TEL (213) 239-9009

WRITER'S DIRECT DIAL
(415) 248-0162
jnielsen@nielsenhaley.com

March 27, 2017

Clerk, Court of Appeals
U.S. Court of Appeals for the Ninth Circuit
95 7th Street,
San Francisco, CA 9410

    Re:   *Technical Security Integration, Inc. v. Philadelphia Indemnity Insurance Co.*,
9th Cir. No. 15-35683

         Unavailability for oral argument

Dear Clerk of the Court of Appeals:

    We have received the Court's notice that the case is under consideration for the July 2017 Portland oral argument calendar. The linked reference refers to a calendar the week of July 10-14 in Portland.

    The undersigned is assigned to argue this appeal on behalf of the appellant Philadelphia in this matter and already has on calendar an arbitration, in which fees have all been paid, before JAMS in San Francisco the week of July 10-14. Accordingly, the undersigned is unavailable for the calendar under consideration.

Very truly yours,

*[signature]*

James C. Nielsen
Counsel for Appellant

cc:  Appellee's counsel